**IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA ,** | ) |
| | ) |
| **Plaintiff;** | ) |
| | ) |
| **v.** | ) **Cr. No.  05-185-04 (RMC  )** |
| | ) |
| **TERENCE SILCOCK,** | ) |
| | ) |
| **Defendant.** | ) |

**NOTICE OF APPEARANCE**

Undersigned counsel, hereby enters his appearance on behalf of the defendant in this case.

Please send all notices and inquiries to this attorney at the address listed.

Respectfully submitted,


_____/s/_____

A.J. KRAMER
Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500