IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| v. | : Cr. No. 05-185-04 (RMC) |
| | : |
| **TERENCE SILCOCK,** | : |
| | : |
| **Defendant.** | : |

**ORDER**

Defendant Terence Silcock's motion to reconsider the Court's order of October 16, 2007, granting the government's motion to depose Mark Adderley, is granted.

Upon reconsideration, the motion to depose Mr. Adderley is denied.


DATE: November      , 2007

_____
ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE